COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
BRIAN E. MITCHELL (190095) (bmitchell@cooley.com)
WAYNE O. STACY (pro hac vice) (wstacy@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Plaintiff
BOOKHAM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOOKHAM, INC., | Case No.  06-00885-MMC |
| Plaintiff, | **REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINE FOR CASE MANAGEMENT STATEMENT** ; ORDER THEREON |
| v. | |
| UNAXIS BALZERS AG; UNAXIS BALZERS LTD.; DOES 1-10., | |
| Defendants. | |

Plaintiff Bookham, Inc. ("Bookham") requests that the Court reschedule the Case Management Conference, which is currently set for June 16, 2006 at 10:30 a.m.  Unaxis Balzers Ltd. and Unaxis Balzers AG are Liechtenstein corporations and cannot be served through the Hague Service Convention.  Service may require an additional ninety days.  Further, we do not know the identity of their U.S. counsel.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

ADMIN. REQUEST TO RESCHEDULE CMC &
EXTEND DEADLINE OF CASE MGMT. STATEMENT
06-00885-MMC

1  Dated: June 6, 2006                    COOLEY GODWARD LLP
                                          THOMAS J. FRIEL, JR. (80065)
2                                         BRIAN E. MITCHELL (190095)
                                          WAYNE O. STACY (32716)
3

4
                                          /s/ Wayne O. Stacy
5                                         ─────────────────────────────
                                          Wayne O. Stacy  (*pro hac vice*)
                                          Attorneys for Plaintiff
6                                         BOOKHAM, INC.

7
   254177 v1/CO
8

9

10     For good cause shown, the June 16, 2006 case management conference in the above-titled
   action is hereby CONTINUED to September 22, 2006 at 10:30 a.m.  The parties shall file a
11 joint case management statement no later than September 15, 2006.

12
                                          [signature: Maxine M. Chesney]
13 Dated: June 7, 2006
                                          Maxine M. Chesney
14                                        United States District Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.       **ADMIN. REQUEST TO RESCHEDULE CMC &
         EXTEND DEADLINE OF CASE MGMT. STATEMENT
         06-00885-MMC**