1  COOLEY GODWARD LLP
   THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
2  WAYNE O. STACY (pro hac vice) (wstacy@cooley.com)
   BRIAN E. MITCHELL (190095) (bmitchell@cooley.com)
3  101 California Street, 5th Floor
   San Francisco, CA  94111-5800
4  Telephone:     (415) 693-2000
   Facsimile:     (415) 693-2222
5
   Attorneys for Plaintiff
6  BOOKHAM, INC.

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 BOOKHAM, INC.,                          Case No.  06-00885-MMC

13              Plaintiff,                 **WAIVER OF SERVICE OF PROCESS
                                           EXECUTED BY UNAXIS BALZERS
14       v.                                AG AND UNAXIS BALZERS LTD.
                                           AND STIPULATION FOR
15 UNAXIS BALZERS AG; UNAXIS               EXTENSION OF TIME TO RESPOND** ;
   BALZERS LTD.; DOES 1-10.,               ORDER THEREON
16
17              Defendants.

18       The undersigned Attorneys for Defendants are authorized to and do hereby accept service

19 of the attached Complaint and Summons directed to Unaxis Balzers AG and Unaxis Balzers Ltd.,

20 and waive service of this Complaint and Jury Demand by any means other than that by which it

21 was received.  All objections are reserved.

22       Furthermore, the parties hereby stipulate pursuant to Civil L.R. 6-1(a) to extend the time

23 for Unaxis Balzers AG and Unaxis Balzers Ltd. to answer or otherwise respond to the Complaint

24 until August 25, 2006.

25       Dated:  June 27, 2006.

26                                         By: /s/ *Steven D. Glazer* (by permission to WOS)
                                               Steven D. Glazer
27                                             WEIL, GOTSHAL & MANGES LLP
                                               Steven D. Glazer, Esq.
28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                   1.                    **WAIVER OF SERVICE
                                                         06-00885-MMC**

H:\UNAXIS\UNAXIS WAIVER AND STIPULATION TO EXTEND TIME (JUNE 27, 2006).DOC

1    Ryan R. Owens, Esq.
     767 Fifth Avenue
2    New York, NY 10153
     Attorneys for Defendants Unaxis
3    Balzers AG and Unaxis Balzers Ltd.

4

     By: /s/ *Wayne O. Stacy*
5         Wayne O. Stacy

6    COOLEY GODWARD LLP
     Thomas J. Friel, Jr.
7    Wayne O. Stacy (pro hac vice)
     Brian E. Mitchell
8    101 California Street
     5th Floor
9    San Francisco, CA  94111-5800
     Telephone:    (415) 693-2000
10   Facsimile:    (415) 693-2222
     Attorneys for Bookham, Inc.

11   255517 v1/CO

12

13

14   Dated: June 27, 2006

15

16                          IT IS SO ORDERED

17

18                          Judge Maxine M. Chesney

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                            2.          **WAIVER OF SERVICE**
                                        **06-00885-MMC**

H:\UNAXIS\UNAXIS WAIVER AND STIPULATION TO EXTEND TIME (JUNE 27, 2006).DOC          2